# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**David Lance Alley Jr.**<br>DOB: 1986; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-14232MJ |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) 1324(a)(1)(B)(i).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about November 8, 2025, in the District of Arizona, **David Lance Alley Jr**, knowing and in reckless disregard of the fact that certain illegal aliens, including, Roberto Garrido-De La Cruz, Jose Antonio Rodriguez-Vale, and Melina Zarco-Leon, and Neri Gutierrez-Garcia, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On November 9, 2025, in the District of Arizona (Sonoita), Border Patrol agents (BPAs), were parked on State Route (SR) 82 in Sonoita, Arizona, conducting traffic operations. SR-82 is a known route used to bypass the Nogales Border Patrol checkpoint on Interstate 19 (I-19), which operates 24 hours a day. The area they were monitoring is approximately 25 miles north of the U.S.-Mexico border. SR82 also connects to SR-83 and SR-90, where Border Patrol checkpoints were non-operational at the time. Interstate 10 (I-10), further north, is frequently exploited by criminal smuggling organizations to move people and illicit contraband deeper into the United States. At approximately 5:45 p.m., BPAs observed a black Ford Expedition traveling eastbound on SR-82 at a speed above the posted 35 mph limit. The vehicle was swerving from side to side in an erratic manner, which raised their suspicions. Drivers involved in human smuggling often become fixated on marked units by repeatedly checking their side mirrors instead of focusing on the road ahead, causing their vehicles to drift and swerve within the lane. BPAs got behind and followed the Expedition and ran record checks on Arizona license plate PFA43Z. Checks revealed that the vehicle was registered out of Glendale, Arizona, it had crossed the I-19 checkpoint within the prior 24 hours, and its registration was suspended. Smuggling organizations often use vehicles registered in large metropolitan areas such as Glendale, AZ, near Phoenix, which are outside normal local traffic patterns for rural corridors like SR-82. Drivers are frequently recruited from those cities to travel south toward the border, pick up illegal aliens, and return north via back roads such as SR-82, SR-83, and SR-90 to avoid detection and reach I-10. Smugglers also commonly use vehicles with suspended or fraudulent registrations to make their vehicles harder to identify by law enforcement. BPAs continued to follow the Expedition, and observed it drift onto both the inner and outer fog lines. The vehicle's speed also fluctuated between approximately 35 and 75 mph in a 65-mph zone. The driver repeatedly braked despite no traffic or roadway conditions requiring it. Such behavior is consistent with drivers who are hyper-focused on marked units due to involvement in illicit activity. BPAs initiated a traffic stop eastbound on SR-82 to conduct an immigration inspection of the occupants. The driver signaled right and yielded in the right turn lane at Upper Elgin Road and SR-82.
**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Roberto Garrido-De La Cruz, Jose Antonio Rodriguez-Vale, and Melina Zarco-Leon, and Neri Gutierrez-Garcia

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Jeremy Sykes<br>Border Patrol Agent |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1])  *Jacqueline M. Rateau* | DATE<br>November 10, 2025 |

[1]) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Chamblee

As BPAs began to exit their vehicles, the Expedition accelerated away. BPAs pursued the vehicle. The Expedition continued eastbound on SR-82 above the posted 65-mph speed limit sometimes exceeding 90 mph. Near MM 47.5, the Expedition braked abruptly. BPAs observed approximately six individuals exit the vehicle and run south from SR-82. The Expedition resumed eastbound travel at a high speed of approximately 95 to 110 mph. Before BPAs reached the intersection, the expedition drove through it. Other BPAs reported the Expedition had run a red light and caused a severe collision. Approximately 100 feet north of the intersection on SR-90 in the northbound lanes, BPAs observed a blue Jeep overturned on its side in a roadside ditch. Upon approaching the Expedition, BPAs observed a male walking along SR-82. BPAs parked and ordered the man to the ground, and he complied. A subsequent investigation revealed that the individual was not involved and had stopped to assist someone seen exiting the Expedition. The subject reported seeing a white male with facial hair, a dark gray shirt, and light-blue colored jeans exit the Expedition stating, "he needed to leave the area". He also reported that the individual had blood on his face, appeared disoriented, and fled in the direction of the crash scene. BPAs were able to apprehend the subject that matched the description of the citizen who left the scene. He was later identified as David Lance Alley, Jr., and it was determined he was the driver of the Ford Expedition. A wallet found by BPAs on the driver's side floorboard of the Expedition contained Alley's driver's license. BPAs searched the immediate area and were able to apprehend 11 illegal aliens that were travelling in the truck. Records checks revealed the 11 passengers, including Roberto Garrido-De La Cruz, Jose Antonio Rodriguez-Vale, Melina Zarco-Leon, and Neri Gutierrez-Garcia, were citizens and nationals of Mexico and Guatemala who do not possess the proper documentation to enter, pass through, or remain in the United States legally.

Material Witness Neri Gutierrez-Garcia stated he is a citizen of Mexico and does not possess valid immigration documentation to legally enter, remain in, or transit through the United States. He made arrangements in Mexico to be smuggled into the United States and paid $10,000 USD. On November 9th, 2025, at approximately 12:00 p.m. Gutierrez who was accompanied by 14 others to include one guide, crossed illegally into the United States close to Nogales, AZ. Gutierrez stated that he walked approximately 40 minutes through the desert near Nogales until he reached the area where a vehicle was supposed to pick them up. He waited at the pickup location for approximately 20 minutes until the driver showed up. He identified the driver as a Caucasian male and stated that the driver instructed everyone to get into the vehicle. He identified the color of the vehicle as black. He also stated that he was in the vehicle for approximately 30 minutes until he bailed out of the vehicle and ran.

Material Witness Roberto Garrido-De La Cruz stated he is a citizen of Mexico and does not possess valid immigration documentation to legally enter, remain in, or transit through the United States. Garrido made arrangements in Mexico to pay 10,000 Mexican pesos to be smuggled into the United States. He was expected to pay an additional fee of 50,000 Mexican pesos to be smuggled to Phoenix. On November 9th, 2025, at approximately 11:00 a.m., Garrido who accompanied by eight others to include one guide, crossed illegally into the United States close to Nogales, AZ. He walked approximately four hours through the desert until he reached the area where a vehicle was supposed to pick them up. He stated that there were approximately eight people that entered the vehicle with him. He also stated that he was in the vehicle for approximately 25 minutes with the same driver until he bailed out of that vehicle.

Material Witness Jose Antonio Rodriguez-Vale stated he is a citizen of Mexico and does not possess valid immigration documentation to legally enter, remain in, or transit through the United States. He stated that he knew it was illegal to enter the United States. He crossed into the United States between Nogales, AZ and Sonoita, AZ. He crossed into the United States with a guide whom he did not know. He made arrangements in Mexico to be smuggled into the United States. He was going to pay $11,500 USD. He stated he did not know what city the vehicle was taking him to. He could not identify the load vehicle. The guide told his group, consisting of 13-14 people, to get into the vehicle. The guide did not get into the vehicle with the group. He believes the driver knew he was illegal.

Material Witness Melina Zarco-Leon stated she is a citizen of Mexico and does not possess valid immigration documentation to legally enter, remain in, or transit through the United States. She knew it was illegal to enter the United States. She stated that made the arrangements in Mexico to be smuggled into the United States. She does not know how much she was going to have to pay.  Continued on next page.

**Continued from previous page.**

She entered the United States near Nogales, Sonora, led by a guide. She identified the load vehicle (Ford Expedition) from a photo. She stated that she was in the back seat with four other individuals. The guide told her and the group, of approximately 14, to get into the vehicle. She thinks the driver knew she was illegal.